# EXHIBIT B

FILED - 6/4/2020 3:53 PM
2020-DCL-02659 / 43487958
ELVIRA S. ORTIZ
Cameron County District Clerk
By Viviana Fuentes Deputy Clerk

# LAWRENCE LAW FIRM
*A Professional Corporation*

3112 Windsor Rd. #A234
Austin, Texas 78703
(956) 994-0057
(800) 507-4152 fax

June 4, 2020

*Via E-Filing*
Eric Garza, District Clerk
Cameron County Courthouse
974 E. Harrison St.
Brownsville, Texas 78520

RE: **NEW FILING:** *Jose Garcia v. Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines*

Dear District Clerk:

By this letter, we kindly ask that you file the enclosed petition with request for a jury, and that you please prepare one citation for the following defendant and return it to us via email to email address: lawrencefirm@gmail.com

a. Defendant, Caribbean Sun Airlines, Inc. is a Florida Limited Liability Company which does business as World Atlantic Airlines and conducts business in Brownsville, Cameron County, Texas. Defendant may be served through its registered agent Tomas Romero, at 6355 NW 36TH ST. SUITE #100, Virginia Gardens, FL 33166 or wherever found.

If you have any questions, please feel free to contact me directly at 956-792-6286 or by email at lawrencefirm@gmail.com.

Warmest Regards,

/s/ Michael A. Lawrence

LARRY W. LAWRENCE, JR.
MICHAEL A. LAWRENCE

| CITATION – PERSONAL SERVICE – TRCP 99 |
|---|

# THE STATE OF TEXAS

## 2020-DCL-02659-E

| Jose Garcia | § | IN THE 357TH DISTRICT COURT |
| VS | § | OF |
| Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines | § | CAMERON COUNTY, TEXAS |

TO    **Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines**
**May be served through its registered agent Tomas Romero**
**6355 NW 36th St Suite #100**
**Virginia Gardens FL  33166 or wherever found, GREETING:**

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 20 days after the date you were served this citation and petition, a default judgment may be taken against you."    TRCP. 99

You are hereby commanded to appear by filing a written answer to **Plaintiff's Original Petition** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable 357th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Plaintiff's Original Petition** was filed in said court on **June 04, 2020**, in the above entitled cause.

The file number of said suit being
 2020-DCL-02659-E

The style of the case is:
 Jose Garcia vs. Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines

The nature of Petitioner's demand is fully shown by a true and correct copy of **Plaintiff's Original Petition** accompanying this citation and made a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 5th day of June, 2020.

ATTORNEY:
**LARRY W. LAWRENCE, Jr.**
00794145
956-994-0057
3112 Windsor Rd Suite A234
Austin TX  78703

**Elvira S. Ortiz**
District Clerk of Cameron County
974 E Harrison St.
Brownsville, Texas 78520

By: _____
**Viviana Fuentes**, Deputy Clerk

| 2020-DCL-02659-E<br>357th District Court | Jose Garcia vs. Caribbean Sun Airlines, Inc. d/b/a<br>World Atlantic Airlines |
|---|---|

**RETURN OF SERVICE**

Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the _____ day of
_____, 20_____.

NAME/ADDRESS FOR SERVICE                                    _____Officer
_____       _____County, TX
_____
_____       By:_____Deputy

................................................................................................................................

**OFFICERS RETURN**

Came to hand on the _____ day of _____, at _____o'clock ___m and _____ County, Texas, by delivering to each of the within named defendants in person, a true copy of this _____ with the date of delivery endorsed thereon, together with the accompanying copy of the _____ at the following times and places, to wit:

| NAME | DATE/TIME | PLACE/COURSE/DISTANCE FROM COURTHOUSE |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s),_____
The diligence used in finding said defendant(s) being:
_____
and the cause or failure to execute this process is:
_____
and the information received as to the whereabouts of said defendant(s) being:
_____

FEES:                                                                 _____Officer
SERVING PETITION/COPY $_____           _____County, TX
TOTAL:                    $_____
                                                                          By:_____Deputy

                                                                          _____
                                                                                              AFFIANT

................................................................................................................................

**COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.**
In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable or the clerk of the court, the return shall be signed under penalty or perjury and contain the following statement:
"My name is _____, my date of birth is _____, my address is
_____
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED in _____ County, State of _____, on the _____ day of _____. 20_____.

_____        _____
ID Number/Expiration of Certification                         Declarant/Authorized Process Server

# 357th District Court
## Case Summary
### Case No. 2020-DCL-02659

| | |
|---|---|
| Jose Garcia vs. Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines § § § § | Location: **357th District Court**<br>Judicial Officer: **Magallanes, Juan A**<br>Filed on: **06/04/2020** |

### Case Information

Case Type: **Other Injury or Damage**
Case Flags: **Jury Fee Paid**

| Date | Case Assignment |
|---|---|
| | **Current Case Assignment**<br>Case Number          2020-DCL-02659<br>Court                       357th District Court<br>Date Assigned       06/04/2020<br>Judicial Officer       Magallanes, Juan A |

### Party Information

| | | Lead Attorneys |
|---|---|---|
| **Plaintiff** | Garcia, Jose | **LAWRENCE, LARRY W., Jr.**<br>*Retained*<br>956-994-0057(W) |
| **Defendant** | Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines | |

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 06/04/2020 | Original Petition (OCA)<br>*Plaintiff's Original Petition* | |
| 06/04/2020 | Efiled Original Petition Document<br>*Plaintiff's Original Petition* | |
| 06/04/2020 | Cover Letter - Request<br>*Cover Letter* | |
| 06/04/2020 | Jury Fee Paid (OCA)<br>   Party: Plaintiff Garcia, Jose | |
| 06/05/2020 | Citation Issued<br>   Party: Defendant Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines<br>*Emailed Citation to 'lawrencefirm@gmail.com' As Requested V.F.* | |
| 06/05/2020 | **Citation**<br>Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines     unserved | |
| 08/07/2020 | Correspondence<br>*Correspondence Request for Copies* | |

| DATE | FINANCIAL INFORMATION |
|---|---|
| | **Defendant** Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines |

PDF created with pdfFactory Pro trial version www.pdffactory.com

**357TH DISTRICT COURT**
# CASE SUMMARY
**CASE NO. 2020-DCL-02659**

| | |
|---|---:|
| Total Charges | 2.00 |
| Total Payments and Credits | 2.00 |
| **Balance Due as of 8/7/2020** | **0.00** |
| | |
| **Plaintiff**  Garcia, Jose | |
| Total Charges | 355.00 |
| Total Payments and Credits | 355.00 |
| **Balance Due as of 8/7/2020** | **0.00** |

PDF created with pdfFactory Pro trial version www.pdffactory.com

## Financial

Garcia, Jose

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $355.00 |
| Total Payments and Credits | | | | $355.00 |
| 6/4/2020 | Transaction Assessment | | | $355.00 |
| 6/4/2020 | E-File Electronic Payment | Receipt # 2020-11437 | Garcia, Jose | ($355.00) |

## Documents

Plaintiff's Original Petition

Cover Letter

Citation - Personal Service