UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| JOSE GARCIA | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:20-CV-00119 |
| | § | |
| CARIBBEAN SUN AIRLINES, INC., | § | |
| D/B/A WORLD ATLANTIC AIRLINES | § | |
| Defendants | § | |
| | § | JURY DEMANDED |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

NOW COMES Plaintiff, Samantha Pizana in the above entitled and numbered cause, certifies that the following listed persons have an interest in the outcome of this case:

1. The full name of every party represented by me is:

    **Jose Garcia**

    Attorneys for Plaintiffs

    >   LAWRENCE LAW FIRM
    >   LARRY W. LAWRENCE, JR.
    >   State Bar No. 00794145
    >   Federal Id. No. 21827
    >   lawrencefirm@aol.com
    >   MICHAEL LAWRENCE
    >   State Bar. No. 24055826
    >   Federal Id. No. 705429
    >   lawrencefirm@gmail.com
    >   CELESTE GUERRA
    >   State Bar. No. 00795395

      Federal Id. No. 29235
      Celesteguerralaw2017@gmail.com
      3112 Windsor Rd., Suite A234
      Austin, Texas 78703
      (956) 994-0057
      (800) 507-4152 - FAX

2. Defendant, Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines

3. Attorneys for Defendant Caribbean Sun Airlines, Inc. d/b/a World Atlantic Airlines

Eduardo G. Garza
edde@esparzagarza.com
Roman "Dino" Esparza
dino@esparzagarza.com
ESPARZA & GARZA, L.L.P.
964 E. Los Ebanos Blvd.
Brownsville, Texas 78520
956-547-7775 – Tel.
956-547-7773 – Fax

and

Telly Andrews
Robert A. Bruan
John M. Frawley
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
tandrews@kmazuckert.com
rbraun@kmazuckert.com
jfrawley@kmazuckert.com
(312) 345-3000 – Tel.
(312) 345-3119 - Fax

    Plaintiff reserves the right to supplement.

           Respectfully submitted,

           LAWRENCE LAW FIRM
           3112 Windsor Rd., Suite A234
           Austin, Texas 78703

(956) 994-0057
(800) 507-4152 - FAX

By: /s/ Larry W. Lawrence, Jr.

LARRY W. LAWRENCE, JR.
State Bar No. 00794145
Federal Id. No. 21827
MICHAEL LAWRENCE
State Bar. No. 24055826
Federal Id. No. 705429
CELESTE GUERRA
State Bar. No. 00795395
Federal Id. No. 29235
Celesteguerralaw2017@gmail.com

ATTORNEYS FOR PLAINTIFF
E-Mail: lawrencefirm@aol.com
E-Mail: lawrencefirm@gmail.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and foregoing document was forwarded *via the Court's ECF system, certified mail, return receipt requested and/or E-Mail* to all known counsel of record on this 24th Day of August, 2020 as follows:

Eduardo G. Garza
edde@esparzagarza.com
Roman "Dino" Esparza
dino@esparzagarza.com
ESPARZA & GARZA, L.L.P.
964 E. Los Ebanos Blvd.
Brownsville, Texas 78520
956-547-7775 – Tel.
956-547-7773 – Fax

and

Telly Andrews

Robert A. Bruan
John M. Frawley
KMA ZUCKERT LLC
200 West Madison Street, 16th Floor
Chicago, Illinois 60606
tandrews@kmazuckert.com
rbraun@kmazuckert.com
jfrawley@kmazuckert.com
(312) 345-3000 – Tel.
(312) 345-3119 - Fax

                                             /s/ Larry W. Lawrence, Jr.
                                             Larry W. Lawrence, Jr.
                                             Michael A. Lawrence